**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**IFEOMA CHUKWURAH R.N,**

Plaintiff,

v.

**MIDLAND MORTGAGE** (servicer name as used in communications), a division of MIDFIRST BANK; **MIDFIRST BANK;MIDLAND MORTGAGE INVESTORS TRUST; QUALITY LOAN SERVICE CORPORATION; MCCARTHY & HOLTHUS, LLP; and DOES 1–100,**

Defendants.

**Case No.:** 2:26-cv-01990-MWC-SK

**NOTICE OF MOTION AND PLAINTIFF'S UNILATERAL APPLICATION TO MODIFY ADR REFERRAL (DKT. #137) FROM PROCEDURE NO. 2 TO PROCEDURE NO. 1; DECLARATION OF IFEOMA CHUKWURAH, R.N.; AND PROOF OF SERVICE**

**Hearing Date:** November 13, 2026

**Hearing Time:** 1:30 PM

**Courtroom:** 6A, 6th Floor

**Judge:** Hon. Michelle Williams Court

**Magistrate Judge:** Hon. Steve Kim

*[SUBMITTED ON THE PAPERS PURSUANT TO LOCAL RULE 7-15 / NO ORAL HEARING REQUESTED]*

**NOTICE OF MOTION AND APPLICATION**

**TO THE HONORABLE COURT, DEFENDANTS, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **November 13, 2026, at 1:30 p.m.** , or as soon thereafter as the matter may be heard in Courtroom 6A of the United States District Court, Central District of California, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Ifeoma Chukwurah, R.N., proceeding pro se, will and hereby does move this Court pursuant to Central District Local Rule 16-15, Local Rule 7-3, and this Court's In Chambers Order of September 14, 2026 (Dkt. #148) for an Administrative Order modifying the Court's September 3, 2026 Order/Referral to Alternative Dispute Resolution (Dkt. #137) from ADR Procedure No. 2 (Court Mediation Panel) to ADR Procedure No. 1 (Settlement Conference before assigned Magistrate Judge Steve Kim) . Pursuant to Federal Rule of Civil Procedure 78(b), Local Rule 7-15, and this Court's Standing Order, Plaintiff requests that this administrative application be determined on the papers without oral hearing to preserve judicial resources and as a reasonable disability accommodation .

This Request is brought following full compliance with Local Rule 7-3 and the Court's disability accommodation orders. On September 22, 2026, Plaintiff transmitted a formal written meet-and-confer email to Defendants' counsel of record, Matthew B. Learned and Melissa Robbins Coutts of McCarthy & Holthus, LLP, enclosing the draft Joint Stipulation and Proposed Order. Plaintiff requested that Defendants provide their response or electronic signatures by Tuesday, September 29, 2026. Defendants failed to respond, object, or communicate any position by the noticed deadline. Accordingly, the conferral is at an administrative impasse, necessitating this unilateral application.

Plaintiff is an unrepresented litigant proceeding *in forma pauperis* (Dkt. #55), navigating post-carcinoma clinical surveillance, and providing round-the-clock unassisted bedside caregiving for her dependent mother suffering from advanced Alzheimer's disease. In the Joint Rule 26(f) Report, Defendants previously confirmed their amenability to a settlement conference (Dkt. #134 at 11). Referring this matter directly to assigned Magistrate Judge Steve Kim under ADR Procedure

No. 1 eliminates private/panel expense, avoids administrative friction, and ensures that mediation is conducted by a judicial officer already familiar with the record.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. PROCEDURAL HISTORY

1. On September 3, 2026, the Court entered an Order/Referral to ADR Procedure No. 2 (Court Mediation Panel), setting an ADR completion deadline of June 4, 2027 (Dkt. #137).
2. In the Joint Rule 26(f) Report, the parties indicated they were amenable to a settlement conference (Dkt. #134 at 11).
3. On September 17, 2026, the parties submitted a panel selection form (Dkt. #149); however, panel coordination and fee requirements under Procedure No. 2 present significant obstacles for an unrepresented indigent caregiver.
4. On September 22, 2026, pursuant to Local Rule 7-3 and Dkt. #148, Plaintiff served a formal written meet-and-confer notice requesting that Defendants join in a Stipulation to Modify the Referral to ADR Procedure No. 1 before assigned Magistrate Judge Steve Kim, setting a response deadline of September 29, 2026 (Declaration of Ifeoma Chukwurah ["Chukwurah Decl."], ¶ 3, Ex. A).
5. Defendants failed to respond or communicate by September 29, 2026 (Chukwurah Decl., ¶ 4).

## II. GOOD CAUSE SUPPORTS MODIFICATION TO ADR PROCEDURE NO. 1

Under Central District Local Rule 16-15, the Court retains discretion to modify the ADR procedure to promote the just, speedy, and inexpensive determination of every action. Good cause exists here:

- **Indigent Status:** Plaintiff is proceeding *in forma pauperis* (Dkt. #55). Court Mediation Panel proceedings risk unforeseen expenses, whereas assigned Magistrate Judge Steve Kim provides an existing, cost-free judicial forum.

- **Institutional Familiarity:** Magistrate Judge Steve Kim is assigned to discovery and pretrial proceedings in this action (Dkt. #1, Dkt. #8). Conducting settlement proceedings before Magistrate Judge Kim ensures that discussions are guided by a judicial officer with institutional knowledge of the pleadings and loan history.
- **Preserving the Parties' Shared Intent:** Defendants previously consented to a settlement conference in Dkt. #134. Modification to ADR Procedure No. 1 carries out that objective without causing prejudice to any party.

**DECLARATION OF IFEOMA CHUKWURAH, R.N.**

I, Ifeoma Chukwurah, declare as follows:

1. I am the Plaintiff proceeding *pro se* in this action. I am a California Registered Nurse, an oncology patient under clinical surveillance following a partial nephrectomy for renal cell carcinoma, and the sole, 24/7 unassisted bedside caregiver for my dependent mother suffering from FAST Stage 6C Alzheimer's disease. I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would competently testify under oath thereto.
2. Under Dkt. #55, the Court granted my application to proceed *in forma pauperis*.
3. On September 22, 2026, at 8:57 AM, pursuant to Local Rule 7-3, Local Rule 16-15, and the Court's ADA Order (Dkt. #148), I transmitted a formal written meet-and-confer email to Defendants' counsel of record, Matthew B. Learned, Esq., and Melissa Robbins Coutts, Esq., attaching a draft Stipulation to Modify ADR Referral from Procedure No. 2 to Procedure No. 1 and a standalone Proposed Order. A true and correct copy of this email conferral is attached hereto as **EXHIBIT A**.
4. In my September 22, 2026 conferral, I explicitly requested that defense counsel confirm by Tuesday, September 29, 2026, whether Defendants agreed to execute the joint stipulation.

5. As of September 30, 2026, defense counsel has not responded or communicated any position, objection, or counter-proposal.

6. Because Defendants failed to respond within the noticed conferral timeframe, the parties are at an administrative impasse, necessitating this unilateral application to modify the ADR referral.

7. Referring this matter to assigned Magistrate Judge Steve Kim under ADR Procedure No. 1 conserves judicial resources and imposes no prejudice on any party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2026, at Laguna Beach, California.

**By:** /s/ Ifeoma Chukwurah

**Ifeoma Chukwurah, R.N., BS, BSN, MPA**

*Plaintiff Pro Se*

**DECLARATION DISCLOSING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE (STANDING ORDER § 1(a))**

I, Ifeoma Chukwurah, declare as follows:

1. I am the Plaintiff proceeding *pro se* in the above-entitled action.
2. Pursuant to the Court's Standing Order and procedural directives, I hereby disclose that generative artificial intelligence was utilized solely as an assistive drafting tool for organizational layout, grammatical review, and formatting.
3. I certify that I have personally read, checked, and independently verified the accuracy of all legal citations, factual statements, statutory references, and arguments contained herein, and that this filing complies with my obligations under Federal Rule of Civil Procedure 11(b).

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed this 30th day of September, 2026, at Laguna Beach, California.

**By:** /s/ Ifeoma Chukwurah

**Ifeoma Chukwurah, R.N., BS, BSN, MPA**

*Plaintiff Pro Se*

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 11-6.2 (WORD/PAGE LIMIT)**

Pursuant to Central District of California Local Rule 11-6.2, the undersigned certifies that this Notice, Memorandum, and Declaration comply with the applicable length limitations. The substantive text of this filing contains approximately **1,589 words** (excluding the caption, exhibit covers, and signature blocks), well within the allowable limits established by Local Rule 11-6.1 and the Court's Civil Standing Order.

**Dated:** September 30, 2026

**By:** /s/ Ifeoma Chukwurah

**Ifeoma Chukwurah, R.N., BS, BSN, MPA**

*Plaintiff Pro Se*

**PROOF OF SERVICE**

I, Ifeoma Chukwurah, declare:

I am over the age of 18 and a party to this action. My address of record is 1968 S. Coast Hwy, STE 4064, Laguna Beach, CA 92651, and my designated litigation email address is plaintiffdocs2025@gmail.com.

On **September 30, 2026**, I served the foregoing **NOTICE OF MOTION AND PLAINTIFF'S UNILATERAL APPLICATION TO MODIFY ADR REFERRAL (DKT. #137) FROM PROCEDURE NO. 2 TO PROCEDURE NO. 1; DECLARATION OF IFEOMA CHUKWURAH, R.N.; AND [PROPOSED] ORDER** on all interested parties in this action:

**[X] (BY ELECTRONIC CM/ECF TRANSMISSION):** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record registered as CM/ECF users:

- **Matthew B. Learned, Esq.** (malearned@mccarthyholthus.com)
- **Melissa Robbins Coutts, Esq.** (mcoutts@mccarthyholthus.com)
  *Attorneys for Defendants MidFirst Bank, Midland Mortgage, Quality Loan Service Corporation, and McCarthy & Holthus, LLP*

**[X] (BY COURTESY ELECTRONIC MAIL):** Pursuant to this Court's September 14, 2026 Order (Dkt. #148) authorizing written electronic communications, I additionally transmitted a true and correct PDF copy of the foregoing document via electronic mail to:

- malearned@mccarthyholthus.com
- mcoutts@mccarthyholthus.com
- BTorres@mccarthyholthus.com
- IDSMH@mccarthyholthus.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2026, at Laguna Beach, California.

**By:** /s/ Ifeoma Chukwurah

**Ifeoma Chukwurah, R.N., BS, BSN, MPA**

*Plaintiff Pro Se*